848

Cir. Certiorari denied. *Frederick A. Ballard* for petitioner. *Edward M. Statland* for respondent.

No. 252. SUAREZ *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Angus M. Stephens, Jr.,* and *Barry L. Garber* for petitioner.

No. 275. WILLIS *v.* O'BRIEN, JUDGE. Sup. Ct. App. W. Va. Certiorari denied. *Jeremy C. McCamic* for petitioner.

No. 287. ABBOUD *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioner.

No. 288. FOY *v.* NORFOLK & WESTERN RAILWAY CO. ET AL. C. A. 4th Cir. Certiorari denied. *Howard I. Legum* and *Louis B. Fine* for petitioner. *Thomas R. McNamara* for Norfolk & Western Railway Co., and *Robert R. MacMillan* for Brotherhood of Railroad Trainmen et al., respondents.

No. 291. METHODIST RIVER OAKS APARTMENTS, INC. *v.* CITY OF WACO ET AL. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Certiorari denied. *Thomas P. Brown III* for petitioner. *William Earl Bracken, Jr.,* for respondents.

No. 293. BUCCIERI ET AL. *v.* ILLINOIS CRIME INVESTIGATING COMMISSION. Sup. Ct. Ill. Certiorari denied. *Charles A. Bellows, John Powers Crowley* and *Anna Lavin* for petitioners. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 362. NIEDZIEJKO ET AL. *v.* BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF MILWAUKEE. Sup. Ct. Wis. Certiorari denied. *Dominick H. Frinzi* for petitioners. *Harry G. Slater* for respondent.